Patrick M. DUNCAN, Appellant,

v.

STATE of Missouri, Respondent.

No. 63523.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 16, 1993.

Dave Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We find no error and affirm pursuant to Rule 84.16(b)(2).

We also find an opinion in this matter would have no precedential value and affirm with written order. Rule 84.16(b). We have provided the parties with a memorandum for their use only.